UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V  :  CASE NO. 3:02CR249 (AWT)

REGINA BELL                        APRIL 6, 2005

## MOTION FOR CONTINUANCE

1. On April 6, 2005 the Defendant, Regina Bell received notice that there was a sentencing date of April 7, 2005. Neither the Defendant, Regina Bell nor Defendants consul, Dennis Driscoll were notified of this court date.

2. Attorney for the Defense is unavailable on April 7, 2005.

3. **WHEREFORE,** the Defendant, Regina Bell respectfully requests a continuance.

4  Undersigned has contacted all parties on this matter and all parties have agreed to this Motion For Continuance.

Respectfully submitted,

THE DEFENDANT
Regina Bell

BY: *[signature]*
DENNIS W. DRISCOLL
HER ATTORNEY
Federal Bar no. CT17201