**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
v.                             : Criminal No.3:02CR00249(AWT)
                               :
REGINA BELL                    :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

The defendant's motion to continue sentencing (Doc. No. 372) is hereby GRANTED. The sentencing is rescheduled for May 9, 2005, at 11:00 a.m.

It is so ordered.

Dated this 15th day of April 2005, at Hartford, Connecticut.

                              /s/
                        Alvin W. Thompson
                    United States District Judge