# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs. REGINA BELL**                              Docket No. 3:02CR00249(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Regina Bell, who was sentenced to 3 years' probation for a violation of 21 U.S.C. § 843(b), Use of a Telephone to Facilitate a Narcotics Felony, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court at Hartford, Connecticut on May 9, 2005, who fixed the period of probation at three years which commenced on May 9, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall enroll in, and participate actively in, a drug rehabilitation program under the supervision of the U.S. Probation Office; and 2) The defendant shall participate in a mental health treatment program under the supervision of the U.S. Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of Probation:

<u>Standard Condition</u>: "You shall to report the probation officer and shall submit a truthful and complete written report within the first five days of each month."

Ms. Bell failed to report to the Probation Office for a scheduled monthly office visit on August 1, 2005, and has failed to report since that time. On July 7, 2005, Ms. Bell was given monthly reporting instructions along with a copy of the conditions of probation. A subsequent letter was mailed to her residence at 38 Kossuth Street, New Haven, Connecticut with a scheduled appointment for March 8, 2006. She failed to keep that appointment. Attempts to contact Ms. Bell by phone and letter have been unsuccessful. She has not made herself available for supervision.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of probation tolled.

**ORDER OF COURT**

Considered and ordered this ___5th___
day of __October__, 2006 and ordered filed and made
a part of the records in the above case.

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By
_____Vicki M. Stackpole_____
Vicki M. Stackpole
United States Probation Officer

Place __Hartford, CT__
Date __October 5th, 2006__

Before me, the Honorable Alvin W. Thompson United States District Judge, on this __5th__ day of ~~September~~ October, 2006 at __Hartford, CT__, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge