UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.3:02CR249(AWT) |
| | : | |
| REGINA BELL | : | APRIL 23, 2007 |

GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

_____ a crime of violence as defined in Title 18, United States Code, Section 3156;

_____ an offense for which the maximum sentence is life imprisonment or death;

_____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__ a serious risk that the defendant will flee; and/or

    ___    a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

    _X_    the defendant's appearance as required; and/or

    _X_    the safety of any other person and the community.

III.    <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    ____    the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    ____    an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    _X_    a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

    \_\_\_\_ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV.    <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

  X    at the defendant's first appearance;

\_\_\_\_    after a continuance of \_\_ days.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY


                                    DEBORAH R. SLATER
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Federal Bar No. ct04786


                    FOR:  H. GORDON HALL
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Federal Bar No. ct05153
                                    157 Church Street
                                    New Haven, Connecticut  06510
                                    (203) 821-3700

**CERTIFICATION**

      This is to certify that a copy of the within and forgoing "Government's Motion for Pretrial Detention" was mailed to opposing counsel this 23rd day of April, 2007.

Richard A. Reeve, Esq.
Sheehan & Reeve
139 Orange Street, #301
New Haven, CT 06510-3140

                                                  _____
                                                  DEBORAH R. SLATER
                                                  ASSISTANT UNITED STATES ATTORNEY

                                         FOR:   H. GORDON HALL
                                                      ASSISTANT UNITED STATES ATTORNEY